# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2021

Bridget M. McCormack,
Chief Justice

161780

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 161780
COA: 349082
St Clair CC: 18-002783-FH

DARIN REY ALDRIDGE,
       Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 4, 2020 judgment of the Court of Appeals is considered. We DIRECT the St. Clair Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. The prosecutor shall address whether the defendant was assigned the proper scores for Offense Variables 9, 10, 12, 13 and 19.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2021



b0421

Clerk